No. 01–17. HORN, COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. v. FAHY. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 01–67. FLORIDA v. MUHAMMAD. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 00–1717. LEE v. PONANI ET AL. Ct. App. Cal., 4th App. Dist. Motions of California Appellate Defense Counsel and California Public Defenders Association for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 00–1775. ARAVE, WARDEN v. HOFFMAN. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Motion of respondent for leave to file Appendix B under seal granted. Certiorari denied.

No. 00–1813. ALI v. ALAMO RENT-A-CAR, INC. C. A. 4th Cir. Motions of American Jewish Congress et al. and American-Arab Anti-Discrimination Committee et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 00–1818. LEYS v. WELLS FARGO ARMED SERVICE CORP. ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 00–1949. HILL v. WAL-MART STORES, INC. C. A. 4th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 00–9987. SHACKLEFORD v. HUBBARD, WARDEN. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 01–52. PACIFIC FISHERIES CORP. v. H. I. H. CASUALTY & GENERAL INSURANCE, LTD., ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.